Ohio to review the report of the Hearing Panel of the Board of Commissioners on Grievances and Discipline in the above-captioned case. These costs are in addition to the $133.84 in expenses certified by the Secretary of the Board of Commissioners on Grievances and Discipline on October 10, 2002. This statement of costs is entered pursuant to order of the Commission of five judges entered on October 28, 2002.

**Total Costs (Express Mail)**                                                     **$38.45**

The October 28, 2002 Commission order also directed the Secretary of the Commission to provide instructions to the respondent regarding the payment of costs. The respondent is hereby instructed to pay costs totaling $172.29 to the Supreme Court by certified check or money order on or before November 22, 2002. If the costs are not paid in full on or before the required dates, interest at the rate of ten percent per annum shall accrue on the balance of unpaid sanctions, the respondent will be found in contempt, and the matter will be referred to the office of the Attorney General for collection.

BY ORDER OF THE COMMISSION.

Richard A. Dove
Secretary to the Commission
Dated: October 28, 2002

[Cite as *10/31/2002 Case Announcements,* 2002-Ohio-5946.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*October 31, 2002*

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–1580.  State ex rel. Daniels v. Indus. Comm.**
Franklin App. No. 01AP–1441, 2002-Ohio-3857.

**2002–1841.  State ex rel. Kroger Co. v. Robinette.**
Franklin App. No. 01AP–1319, 2002-Ohio-4777.

**2002–1847.  Univ. of Cincinnati Med. Assoc., Inc. v. Zaino.**
Board of Tax Appeals, No. 99–A–1413.

[Cite as *11/01/2002 Case Announcements,* 2002-Ohio-5981.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*November 1, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–1147.  State v. Shondrick.**
Medina App. No. 3216–M, 2002-Ohio-2439. This cause is pending before the court as an appeal from the Court of Appeals for Medina County.

IT IS ORDERED by the court, sua sponte, that this cause be consolidated with Supreme Court case No. 2002–1231, *State v. Shondrick,* Medina App. No. 3216–M, 2002-Ohio-2439.

IT IS FURTHER ORDERED that the parties shall combine the briefing of case Nos. 2002–1147 and 2002–1231 and file one brief for each brief permitted under S.Ct.Prac.R. VI. The parties shall file an original of the brief in each case and 18 copies of the brief.